UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-240-1(F)

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SIX COUNT | : | ORDER TO UNSEAL INDICTMENT |
| INDICTMENT OF October 15, 2014 | : | AND ARREST WARRANT |
| | : | |

Upon motion of the United States of America, and for good cause shown, the sealed six (6) count Indictment returned by the Grand Jury for the Eastern District of North Carolina on October 15, 2014, is hereby ORDERED to be unsealed by the Clerk of the United States District Court for the Eastern District of North Carolina. So ordered too, as to the warrant derivative of the same indictment.

This __28th__ day of October, 2014.

_____
KIMBERLY A. SWANK
United States Magistrate Judge