UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-240-1F

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | MOTION TO DETERMINE COMPETENCY OF DEFENDANT |
| WILLIAM SCOTT DAVIS, JR. | |

Pursuant to 18 U.S.C. § 4241, counsel for the defendant hereby files this motion for a determination of the mental competency of the defendant to stand trial and files this notice of intent to assert a potential insanity/diminished capacity defense, and moves for a determination of the mental competency of the defendant. Counsel states that there is reasonable cause to believe that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Counsel for Government does not object to this motion. For this reason, it is requested that the Court order that a psychiatric and/or psychological evaluation of the defendant be conducted, and that such reports be filed with the Court pursuant to 18 U.S.C. § 4247.

The ends of justice served by this motion outweigh the interests of the public and the defendant in a speedy trial.

Respectfully requested this 30th day of January, 2015.

        THOMAS P. McNAMARA
        Federal Public Defender

        */s/ Joseph L. Ross II*
        JOSEPH L. ROSS II
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        150 Fayetteville Street, Suite 450
        Raleigh, North Carolina 27601
        Telephone: 919-856-4236
        Fax: 919-856-4477
        E-mail: Joseph_Ross@fd.org
        Pennsylvania Bar No. 61722
        LR 57.1 Counsel
        Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

BARBARA KOCHER
Assistant United States Attorney
215 South Evans Street
Suite 206 U.S. Courthouse Annex
Greenville, NC 27858

by electronically filing the foregoing with the Clerk of Court on January 30, 2015, using the CM/ECF system which will send notification of such filing to the above.

This the 30th day of January, 2015.

*/s/ Joseph L. Ross II*
JOSEPH L. ROSS II
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Joseph_Ross@fd.org
Pennsylvania Bar No. 61722
LR 57.1 Counsel
Appointed