

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

**FILED**

MAR 2 3 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Via email

March 16, 2015

The Honorable James C. Fox
United States District Court
Eastern District of North Carolina – Western Division
United States Courthouse
2 Princess Street
Wilmington, NC 28401

RE: DAVIS, William Scott Jr.
REGISTER NUMBER: 84944-083
DOCKET NUMBER: 5:14-CR-00240-F-1

Dear Judge Fox:

The above referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on February 10, 2015, pursuant to the provisions of Title 18, United States Code, Sections 4241 and 4247(c)(1), (c)(2), (c)(3), and (c)(4)(A). A second Order was issued on March 10, 2015, for further evaluation under Section 4242 (a). Currently, the evaluator is conducting interviews and psychological testing with Mr. Davis, which are necessary to complete his evaluation. Additionally, numerous mental health records have been requested, but not yet received. In order to receive these records and complete the additional evaluation, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for thirty days from March 26, 2015, which is the end of the current evaluation period. If this request is granted, the evaluation period will end on April 24, 2015. Staff will complete the evaluation as soon as possible after that date and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to Tracy Taylor, Health Systems Specialist, at (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

Charles Ratledge
Warden

__✓__ The above requested extension of time is hereby granted

_____ The above requested extension of time is not hereby granted

Signature: _James C. Fox_                    DATE: 3/24/15
U.S. District Judge James C. Fox

Case 5:14-cr-00240-BR   Document 32   Filed 03/24/15   Page 1 of 1