IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00240-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on William Scott Davis, Jr.'s two *pro se* motions [DE-35, DE-36]. Within ten days hereof, Davis's appointed counsel should advise the court whether he wishes to pursue the motions or withdraw them.[1]

SO ORDERED.

This, the 17 day of July, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1] The court had a hard time following the motions but did find a request for the undersigned to be recused and the case to be transferred to Virginia.