IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00240-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR., | ) | |
| Defendant. | ) | |

The court is in receipt of Defendant's numerous filings. Defendant is DIRECTED that further communication with the court shall be made solely through his appointed counsel, Joseph L. Ross, II.

SO ORDERED.

This, the 11th day of August, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge