IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00240-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR., | ) | |
| Defendant. | ) | |

This matter is before the court following a hearing held on August 17, 2015. At the hearing, the court addressed William Scott Davis, Jr.'s two *pro se* motions [DE-35, DE-36] seeking recusal of the undersigned and attorney Joseph L. Ross, II's motion to withdraw as counsel. For the reasons set forth on the record of the hearing, Davis's two *pro se* motions [DE-35, DE-36] are DENIED, and Ross's motion to withdraw is ALLOWED. The Federal Public Defender is DIRECTED to immediately appoint new counsel for Davis.

SO ORDERED.

This, the 17th day of August, 2015.

JAMES C. FOX
Senior United States District Judge