IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00240-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )     O R D E R |
| | ) |
| WILLIAM SCOTT DAVIS, JR., | ) |
|     Defendant. | ) |

This matter is before the court William Scott Davis, Jr.'s Motions for Recusal [DE-68, DE-72], seeking recusal of the undersigned from this case. As Davis was advised at his August 17, 2015 hearing, he has not shown a basis for the undersigned to be recused from the instant case. Consequently, Davis's Motions for Recusal [DE-68, DE-72] are DENIED.

SO ORDERED.

This, the 25th day of August, 2015.

                                                   *James C. Fox*
                                                 JAMES C. FOX
                                                 Senior United States District Judge