IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00240-F-1

UNITED STATES OF AMERICA           )
                                   )
            v.                     )        O R D E R
                                   )
WILLIAM SCOTT DAVIS, JR.,          )
            Defendant.             )

This matter is before the court on William Scott Davis, Jr.'s pending *pro se* motions [DE-43, DE-46, DE-48, DE-50, DE-51, DE-56, DE-57, DE-58, DE-61, DE-62, DE-64, DE-65]. Within ten days hereof, Davis's new appointed counsel should advise the court whether he wishes to pursue the pending motions or withdraw them.

SO ORDERED.

This, the 25 day of August, 2015.

_____
JAMES C. FOX
Senior United States District Judge