IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00240-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on William Scott Davis, Jr.'s Motion to Stay [DE-77], seeking to stay the court's August 17, 2015 Order [DE-67] so that it might be appealed. The court construes this motion as a Notice of Appeal as to the court's August 17, 2015 Order. The Clerk is DIRECTED to docket the motion as a Notice of Appeal and alert the Fourth Circuit Court of Appeals.

SO ORDERED.

This, the 27' day of August, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge