IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00240-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on William Scott Davis, Jr.'s Motion to Stay Order Dated August 11, 2015 [DE-82]. Although the motion is difficult to follow, Davis seems to be seeking further action by the court with respect to the court's August 11, 2015 Order [DE-59]. Davis has appealed the court's August 11, 2015 Order to the Fourth Circuit Court of Appeals. To the extent that Davis is asking the court to take further action on the order, this court was without jurisdiction once the order was appealed. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.")

SO ORDERED.

This, the 1st day of September, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge