IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00240-F-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on William Scott Davis, Jr.'s *pro se* Motion for Return of Property Seized by the F.B.I. and Raleigh Police Department [DE-84]. Within ten days hereof, Davis's counsel should advise the court whether he wishes to pursue the pending motion or withdraw it.

SO ORDERED.

This, the 2 day of September, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge