IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00240-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on defense counsel's Notice [DE-88] advising the court that Davis wishes to pursue his numerous *pro se* motions and requests a hearing. The court notes that Davis has filed several Notices of Appeal in this case. The court concludes that it lacks jurisdiction to rule on the pending motions until the Fourth Circuit Court of Appeals has issued a mandate. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.")

SO ORDERED.

This, the 11 day of September, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge