IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00240-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WILLIAM SCOTT DAVIS, JR., ) | |
| Defendant. ) | |

This matter is before the court on Sean P. Vitrano's Motion to Withdraw as Counsel [DE-100]. As noted previously, this court is without jurisdiction until there is a mandate from the Fourth Circuit Court of Appeals. The court will schedule a hearing to address Vitrano's motion following receipt of the mandate.

SO ORDERED.

This, the 25 day of September, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge