RECEIVED
OCT 30 2015 NB
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

Attn: Wilt Hon Frank J Solomon, Jr
USA v. Dunn, 5:14-CR-240-F-1
(EDNC),

I am fixing the clearness, and re filing
th 20 USC 351 comm' Judicl misconduct
and Advanced Age Disability of Judge Fox,
likely Refusing to Retire. Taking all types or
Perscription Mind Alter, Medication, Unable to Speak
Clearly, Mumbling, Sleeping on the Bench,
Can not Recall what took place, More, Less than
Six months Ago. Fox Could Not Write, Research
the Law, to Write A Legal Brief, cannot
Case Law if his life depended upon it, + He
Can Not even Walk, without running out of Breath, Needs
oxygen, In a Wheel Chair, Upon comfirm the
deficiency, now that I know Exactly what the Chief
CA4 Judge Need to See, Judical misconduct / Disability
They going to Force Fox off the Bench
Into retirment, also 28 USC 3144, "Arraignment"
Also monthly disquirefactory, which non completed
By Fox. Also Several Inmates Here at
New Hanover County Jail Did not Know About
28 USC 354 Misconduct/Disabil in re Judge Fox
when Judge Should have Recused him self and Retired
10-15 years Ago, concerning Why Judge Smith, Sentened
Boyles, Dennys, Flivson, Howell, that concealment 28 USC 608, CC44 608,

Department of PEDIATRIC'S,
42 USC 5114, 5116, 5109, 1397, 679, 679A-h,
Federally Needfully Exclusion NCGS 7B-100
7B 200, 7B 101(11), 7B 1101-1113,
NEVER Legally Authority By NC HHS
CFS/CPS 1422, CMEP/ CFEP,

F.R.C.P. Rules 60 (b)(4)(5)(6)
and Rule 60 (d)(1)(3), F.R.C.P.
Rule 52,62, 58,59, Dual Tax Illicit
Preliminary Civil Injunction 5:12-cv-403-F
Cover-up 42 USC 608, 608c, 609, 20 USC 1232,
Dis Judicial Disclosely 5:14-cv-240-F,
28 USC 144, Involuntarily, and USDoJ Disqualify
of Judge Fox, Violated Research Civil Rights

Petitionerly Intent to Call As Witness,
In 5:14-cv-240-F, In Re SE Civil Actions
As Defense by Defendant As to USDoJ
Illicit Fraudulently and Illicit Financing ADA
Selecting Michelle W. Snowser, Sychele Boell
Illicit 18 USC 241, 247, 249 Child Family
Welfare, Violations,

Witness Hon Rebecca Boss, sonly 4:13-cv-7
4:13-cv-58 Fraudulent Concealment Frauds
By omission of Defendants, Witness James Fox
James C Gates, James C Dewilly, Louis W Flarsel
Terence C Boylu, Malcom Howerly to Testify

Case 5:14-cr-00240-D   Document 134   Filed 10/30/15   Page 2 of 8

Family Malicious Assembly and
Illicit Malevolency, for Racial, Gender
Color Unlawful 42 USC §§ 2000d-7,
deliberate In Privately, 42 USC § 1983, 1985, 1986,
Covertly Subversially, Secretly, Serial Female
Conspiracy, Maternal Instinct, Emotional
gone haywire, Illicit Action Above the
Law, Vindictiveness, Female As man Hitting,

Illicit Crawl By US DOJ, Illicit Vindictively, or Trickery
Acts, Failure to manipulating Accuracy as of
Exhibits A, That Got Michelle Joy Seminole
Arresting and Deputy By Belsem Federal Athletics
For Freak Hung post Frbs Police Rendy, Illisse or
Creek Cocking, Illusory, Red Light District, Producing
Fraudulently Concealed By Michelle W Snnscy, Melan A Shekels
Unwillly Belchy, Grand Conspiracy,

New Enclave NCDHHS, CPS, ICPS,
Illicit devilish, Illicit Evasionops, Illegal
NON Complecting, 14ZZ Federal machete
Child Family Evaluation Program, and Two
Executive Order of Former Governor
Mike Easly, 2006 & 2009 Ordered the Family
Courts, Abuse, Neglect / Dependency and DSS
Directors only and Exclusively to
Use 14ZZ, Licensed Psychologist / Licensed
Psychiatrist, UNC Seog School of medicine

a.) Dr Robert Aiello Psych. Illegal Psychical Evaluation or Jacqueline Frances Daily and Illegal Psychical Evaluation or Dr John Helmsly illegally Being Wished Jacelyh Frances Daily to stay Away From her Items In Illegally On Sick with Steal and Felony Stolen Mailing and Greatness Resisting Secret Trials § 7CC,

2015 Discovery, Illegal NON-Compliance NC DHHS Federal mandates, & Circumventing Non Compliance on Usual illegally By Wake County D.A. office, and Cary Police, illegal Administrativity the State or NC Child Family Services Welfare Plan, Illegal out Side the Scope of DIA & Police, lawful Authoritive Duty, or ADA Sheikh, Official, Being illegal Cash In the role of An Administrator, Law Enforcement officialy Rather than a Role of An Advocate, Secrety, Covertly Abusing the Wake County Financial Courts System, to illegally Fraudulent Fihack 00CIS 7234-01 / 0XT5165T, and Sydney J Builder Fraudulently Fabricating, 18 USC 1204, illegal NON Germane NC 6S 7B, Illegal purposes, 

Privacy Act 1974 Violating, Prior to the UCFC 0751-7057, 0751-7057 NC for 11 & JD, 10-442, Real Cards of the Illegal Cards m/

Case 5:14-cr-00240-D   Document 134   Filed 10/30/15   Page 4 of 8

and Susan Arredondo to dismiss "Two Counts of Felony Stalking" Filed Charges Against Mr. Davis, Colluded with Mr. Duckly, By CPD Retaliate For Mr. Davis ISUSC Civil Suit Complaint to US DOJ, & US FBI, Pretextual Ruse of the Davis Family and CPD Stalk Criminal Discovery Record Procedurally Fails Arresting Retail Bulkily Failure to Protect and Serve Davis Family, For Reason, or Reasonable Cause and Sending Pretextual.

The Reason Davis Could Never develop his SE Complaint In USDC ED (WD & NC), Davis was duped Connaly Misled, Deceived, Repeatedly Keep In the Dark.

That Wake County DA office, ADA Melanie A. Shekels, and Cary Police chief Scott Cunningham, Pet Beaman and Pulaski Michell W. Snowy, Had Illicitly Substituted Their Unlawfully Asserting to Fraudulent Fihruil Evidence Illicitly Substituted in, 06CRS72340-41, 07CRS51107 Malicious Criminal Prosecutions, Allegedly Against
a) LCSW NANCEY Berson, Illicit Child Family Forensics Evaluations
b) Dr Susan Gerney, Psych Illegal Parenting Evaluation of Mr Davis Illegal Parental Unfitness, Illegal Scam to illicit Terminate Mr Davis's Parental Rights, Prosecute and convict Mr Davis without his knowledge of 06CRS72340-41, Psych Evaluate Fraudly Fihruil...

By the Davis Family Interventions, Jauuly had a Fair child

Kaitlyn January, Born Addict to Crack cocaine like Melissa, and Lyndi. However Kitty was declared in Custody due to Crack and lack of Prenatal care. Removed By Pathan County NC CPS in 2002, MJ & LJ, TRR in 2002-2004.

Illicit Concealed By Wake County Female Conspiracy 42 USC § 119, Violability and NC GS 50 A § 209 (d) 42 USC 621 42 USC 671 (a) (15) (D) (iii), Illicit Concealment By Sydney Li Batchy McIver, Shelia, Michelle W Snvuey, Abu of Child Family Security Welfare Federal Plans

Newly Discovery Grand Conspiracy, Collusion or Lack of Jurisdiction, Lack of Subject Matter Jurisdiction of the Wake County Family Court System in Re 07JN765 // 07ST765 NC COA, in Re JD 16-442.

Fact, Wake County Dist Office ADA M. Shekita Illicit Acts, Cary Police, Detective Michelle W Snuss, Fraudulent Federal Penalty Video Oppression, So As to Try to Circumvent, Undermine a Motion

Case 5:14-cr-00240-D   Document 134   Filed 10/30/15   Page 6 of 8

NC State Judge Monic Bossman, & Eric Chasse
As Required by Federal Supreme Universal
Law, Substantively, Procedural due Process and
Equal Protection, ASFA, CAPTA, UCCJEA
PKPA, By Way of Social Security Act Title IV-A,
IV-B, IV-E, IV-D,

    Administratively Bossman, Chassie, Stone,
Administratively "Emergency temporary Sometime" 9' oct 2007,
No Permanent Final order, No Evidentiary,
Nothing, But Connected with Va state civil
Judges Jamael & Donna Ridley, court Initial
Child Custody ORDER JO49450-01 et
Issued in Full Compliance With UCCJEA, PKPA,
on 19' Dec 2001, By Approval of Michelle Joy
Jnowski and Walter Scott David Jr, Parental Jurisdiction
over Jacqueline Francis Dnai, Jnowsky Lost custody
But Retained Full Unrestricted Visitation, how Eric
Willfully Abandon Jackuh For Crack Cocaine
Heroin & Prostitution

    State N.Y, CPS, Bronx Family court
Involuntary Terminated the Parental Rights
of Michelle Joy Jnowski to Melissa Jewish
and Lyssa Jnowsky, For child Abuse,
Child Neglect, Crack Cocaine, Heroin, In the
Felony, Criminal parental Unfitness, to 1/2 sister
of Jacqulyn, The 3rd child of Jewish Rescued

Chief (ED NC WD) District Court, Judge Hon, James C. Dever [illegible] Terrence Boyle, Malcom Howard, Gates, and Hon Earl Britt, 28 USCS 351, Intent to correct [illegible] William Scott Davis, Jr.
Enclose the [illegible]

FACTS, 10-21-1960

From: 3950 Juvenile Center Rd
Castle Hayne NC 28429

In Re 28 USC § 351, Intent to Refile, Correcting All deficiencies, with clear convincing FACTS, this time, And, Clear Convincing, Documents, Evidence and Circumstances, Overt Acts, Cover-up 42 USC 608, 608a, 609, 80 USC 1232g, Child Family Welfare Federal Plan, 42 USC 5119, 5119a, 5106, 1397, 5101, Title IV Social Security Act, Fraud, Waste, Abuse of Process, Conspiracy Wake County D.A. Office, Illegal Prosecutorial & Police Misconduct, ADA Melanie A. Shekita, Michelle W Savage, Illegal Arrest & Abduction By Former Wake County Municipal Government Atty, Sydney J Batch,

New Discovery, State NC, In Re Jacqueline Francois Davis, Illegally Jurisdiction See SFCL Pilera, Frauds on Humans in 94 DR Court By ADA Shekita M. Savage S. Batch, Illegal NCGS 50 A, Violation, Fraudulent Concealment Fraud By Omission, Illegal NCGS 50A see 209(d) duties of the State NC, WCFC, WCFC officers, Judge, and Atty, To have Immediately on or Before 9 October 2007,

Case 5:14-cr-00240-D   Document 134   Filed 10/30/15   Page 8 of 8