US DC ED NC WD

USA
v
Davis

5:14-cr-240-F1

FILED
NOV 20 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY [illegible] DEP CLK

Notice of objection and Motion to Strike Competency Hearing, due Process violation

Come now the defendant, William Scott Davis Jr pursuant to the 14th Amendment U.S. constitution, and 6th Amendment Ineffective Assistance of Counsel

1) Defendant, Attempted to Counsel to object to the competency hearing and to withdraw, That the competency Hearing was illegal and Unconstitutional, Without Any Administrative order, 28 USC 144, 455, of Disqualification of Judge Fox, have been First entered, That Judge Britt had/has No legal Authority to Act, and hold a Competency hearing, or rule on Any of My Motions, and But not limited to 28 USC 144 "Affidavit", Fox, then No Choice but to disqualify his self by Recusal order Including Insulting Atty Vitrano, to object that Chief DC Judge Dever, illegally and Unconstitutional Fraud to issuing a Mandatory Administrative Re Assigned order - Re-Assigning 5:14-cr-240-F-1 to 5:14-cr-240-Br-1,

2) Defendant Also told Counsel to stop, and do not Proceed he Filed Notice to Sue Never Intend Denial of Competency Hearing, or Consulted with Defendant, illegally Arguably Saying Defendant Did Not Authorize, illegally Breach of duty to Defendant, Counsel Repeatedly its own [illegible] to Undermine [illegible] New Suit,

illealy Allows Defendants to be portrayed In A False, Fraudulent Misleading Light By Medical Malpractice or Dr. Hall, Dr. Ross, for Jury, and Has Amounted to Incidental, Malicious, Mischief and Narcissistic Personality Disorders, Retaliation Malicious, Fraudulent Concealment Fraud By Evaluation Reports, Intentional Errors Intentional omissions Fraudulent Concealing Gross Negligence, and Impractical Evaluations, Dr. Ross Never Evaluated Defendant, Only Saw Defendant 6 times, 3 of which Did not Count.

Ross illealy Overclaims of Atty that Then call to Joseph Ross, Legal malpractice, Not obtaining clearance Permission For Evaluation, nor Allowing Defendant of Dr. Ross title Specialty, Nor Did Dr. Ross, Inform the Defendant of Her Title, Specialty clearance, If Defendant had Known that Dr. Ross Is A Quack "Sex offender" Defendant Never Would have Seen Dr. Ross, Would have seen Never Dr. Ross, As the A False Alleged out of NSN, MAS, MWS, SB, Has Nothing to Do With Sex, Anything of Sexual offensive or Sexual In Nature, As to Some Purported Alleged Anonymous E-mails

Po ... WIRE

Case 5:14-cr-00240-D Document 155 Filed 11/20/15 Page 2 of 9

Les Access Point, Unsecurity open to General Public, E-Mail Is An UnSecured Media, And Wireless Is Evenly More Subsitility to, Fidelity theft and E-mail Trackers, A Hard wired Direct Connect to Internet Accessed device, Is More Securedly Dr Ross did not have secured An Verizon hard wired Internet Account.

Atty Vitu was instructed to Subpoena All Raw Data Used By Dr Ross, and or Illegal Criminal Disks illegally seized By AUSA Barbara D Kocher illegal With Held Then Potential Discovery, and Ex-parte Communications Between Ross of Kocher were Narrowly Selected Discovery, Ross handed to to Mislead Nsa deemed with Narrow Prejudicial Discovery, so As to Not Undermine the illegal and Fraudulent Fabricated Parental UnFitness, illegal graded, illegal Terminated Parental Parental Rights "Narcissist Personality Disorder", Parental UnFitness, Dr Ross illegal Retaliation illegal Conspiracy With Melanie A, Shekita, Michael W, Smith, Sydnee Bailey, County Social Services No.nl Va, Deceased Dr Susan A Gray Psych, illegal Parental Evaluation "Narcissist Personality Disorder", illegally Concealing Raw data, and illegal Custody To Fraud Parental Unfitness, Narcissist Personality disorder, Fraudulent Fabricated illegal Child custody Evaluation, Fraudulent Removal of Melanie A Shekita, Michelle W. Smith, Sydnee Bates, illegal

Case 5:14-cr-00240-D Document 155 Filed 11/20/15 Page 3 of 9 LCSW

Illegally on Fraudulent Fabricated Medical Records Procedures, Illegally Slanderously Denied Parental Rights to be terminated, 22 months later Abuse of A.S.F.A. Statute Requirements. The Family upon which, Denied Privilege to be placed Back in Their Home State in Bad will Faith of officials, and Not with Credible Cooperation. WORE, 3 Time Child Custody N.Y. CPS Law, 42 USC 671(c)(11)(d)(111), Child Abuse Child Visitation, Michelle Sanchez, Women alleged Abuse of Attacking Females And Males, Belittled of the Sexuality, Dr. Rachel H. Ross, Scammed the Court, By Fraud upon the Court, Fraud By omission, Fraudulent Concealment, As to Ross, Nominal liability Misdemeanors. Dr. Ross, illegal Attempt to Manipulate and Control All Aspects of their Custody, denying Ability to Defend him Self. Deliberate Inability to Stand Trial. Multiple Attempts when Relinquishing Possession the Final Findings and Decision making Minds of the Decision Where For Illegal Deprive Denial of Full & Fair Hearing.

Denied in State Court to have defense the credibility by Harvard Clinical Psychology, From Duke School of Medicine CMEP/CFEP, Programs For PTSD, Diminish Custody and to testify As Expert to Refute, Rebut Dr. Rachel Ross, Judge trading, Female Unlawful Discriminatory ... 2007

Pulling Psychology, Dr Mark Rossi, Dr Sean Grealy, MD, and LCSW Nancy Berenzi All Mental Bene Hospital and Mental Central By Melanie A. Shell, Michelle McSanly, Sandra Batell, Larry that the Mental Mental to Dr Will Wellscott, Nancy Berenzi, and Marshall Psy Sean A Grealey.

All Expert By Dollar turn New Bern, Certified Dr Rossi, Unable to get Nancy Berenzi Review Patients Nurse School or medicine Dental of Psychiatry and Patient Primary on Clinical Mental Illness and Mental Illness, Including, Licensed Not able Mental or Community Psychology Records, Dr Sean Grealy "No duty to" As Finally Finished By Dr Rossi, Also Rossi Mental Evaluation Mental Central With Judith Newmy, Dr Schlue CSB, and Dr Russell Frenchy Psychology the three Be treated derived Since 2007-2011, PSTD, Severe Mental Health, Issue Cause By Melanie Shell, Michelle McSanly, Sandra Batell Will Determine in Dr Schily and Dr French Psychology Evaluation and Penalty Medication. Retaliation Dr Sean Grealy, LCSW Nancy Berenzi Mental declaration Nancy public Paul and on Posted UsTillness.

Issue 4 Dr Bunn Sorry, Nash Personally Discouraging Pickel Perlmutter From Being A Fit Parent, duty equally to Assist his Attorney At Trial of Parental Death Trial failure of Dr Sunn As Sorry)

So How is the that Narrow Period Personally Finding A Person From Providing Hair Child A much More, Completely and in Issue Totally That Assisting Legal Counsels, So if Denied Can not Assist in Raising his child, the Defense Can not Assist in his Criminal Defense, Called 22 quickly Full delivery Fraud on Court By Dr Mitchell Ross Mitch Molinarity, Contain Three Faults paying Fault For Raising of Bio Products Rona, Cathy Scarlett, Michael Inshilled Rubbing, Ross Conspiring Calling, With Molina As Skilled Mitch W Snowy, Such Belief, Fraudulent, Fraudulent Pursued Until New Narrowly Period Pursued Doubled and Multiply Fraudulently Cancelled, Fraud By Omitting As to Why Dr Ross Mitch Must Narrow Pulled Disorder, that Whole Mis-diagnosis) Which would only Harm, Admitting the Standard Psychiatric DSM-V Narcissistic Personality test to chromosomal, Then Mitch Split Hair, by denying Totally on Half hair Sorry Pulled Unfit narrow, But the other Split hair Till he should Truly Assist Completely Fraud omission, Mitch Self evading, Fraud in total

Doubled ... Mitch Ross Mitch Mainly

Such A Murder [illegible] "[illegible] Punch [illegible]" Timelier illegally and [illegible], [illegible] Mental [illegible] of the [illegible] Psych PhD, Dr [illegible] [illegible], and law [illegible] [illegible] [illegible] Resulting New [illegible] [illegible] with Dr [illegible] Navy [illegible] US DC ED VA New [illegible] 4:13CV7, 4:13CV-58, Dr [illegible] illegally [illegible] to [illegible] [illegible] [illegible], and illegally [illegible] of [illegible] [illegible] "[illegible] [illegible] [illegible]" illegal Misdeal [illegible],

Dr [illegible] [illegible], is [illegible] [illegible] [illegible] on [illegible] [illegible] As [illegible] [illegible] By 18 USC 4241, 4242, 4247 must Be [illegible] by a [illegible] [illegible] [illegible], [illegible], Dr [illegible] [illegible] is No Such [illegible], Dr [illegible] is [illegible], [illegible] [illegible] [illegible] For "[illegible] Personal Vendetta Asian Men, [illegible] Asian of [illegible] to [illegible] [illegible] and [illegible] A Sexual [illegible], [illegible] [illegible] Atty [illegible] [illegible] [illegible] [illegible] of Sexual [illegible] and [illegible] of Sexual [illegible] [illegible] [illegible] Atty [illegible] a Sexual Psychology, [illegible] a [illegible] [illegible], 18 USC 4241, 4241, 4247 Make [illegible] [illegible] [illegible] Dr [illegible] [illegible], [illegible] [illegible] [illegible] At New [illegible] [illegible] [illegible] [illegible], with Navy [illegible], Dr [illegible], Dr [illegible] [illegible]," You Been [illegible] By Female Mr [illegible], I [illegible] [illegible] [illegible] [illegible]", You [illegible] [illegible] PSTD, by [illegible] [illegible], [illegible] [illegible] [illegible] of [illegible] [illegible] A [illegible] [illegible] [illegible] By Adult Male

[Handwritten text, largely illegible cursive notes]

Security, Pre-Trial, Pre with Trial, Mental Health, You Are the Mother, and so is your clerk, Miss Finley, Security, And Being Good productively.

Trial in CA 4, 13-2505, 13-2523, 14-1191(C)(i) 15-1595, Exhibit only, Show that Mother Stands of Mother A, Shelby Michell W. Savoy and Said J. Bates, that Criminal Defense Driven JFD, Denny OCCN72340-01/07C115/1057 Dad, Been Neglectfully that Baby seeks to Criminal Mother entirely gives Sexual Avoid physically, Mother has pulled And has Will that Be Still, Savoy, Baby, that Trial JFD, that Best still no that Conflict with Mother Jay Subtlety, Ahnuh no of JFD, NYS that All her other children father, Mother Seek to Violate 42 USC 671 (a)(15)(D)(iii), and No Custody entirely and No Trial this Prelude orally father No Contact with JFD.

Father has No Legal Right to care into Custody will JFD, JFD has that A Private Mother, father No Legal Right to inter-trial, Nor Any Legal Rights of Shelby, Bates, Savoy or Anyone else to that Interfere father into the Privacy, Life and time of Driven Finley, To Best Who Cares that Shekila, Savoy, Baby, she Not wants all parents/Prevent and her Trial, all...

[illegible handwritten text, approximately 20 lines, including fragments such as "8' 6" 8" 13' 14"", "28 USC", "Chief", "2nd", "2018", "2015", "2018"]