UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-240-BR

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM SCOTT DAVIS, JR. )<br>) | ORDER |

    This matter is before the court on numerous *pro se* filings by defendant which are largely illegible. Because defendant is represented by counsel, all *pro se* motions are DENIED, with the exception of those motions which appear to be for appointment of new counsel, DE ## 151, 214. As for any future motion that defendant may file *pro se*, other than a motion for appointment of new counsel, the Clerk is DIRECTED to enter the motion on the docket and terminate it without further order of the court.

    This 23 December 2015.

                                                                                   W. Earl Britt
                                                                                Senior U.S. District Judge