UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-240-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR. | ) | |
| | ) | |

On 2 February 2016, the court continued the hearing on defendant's competency to stand to trial, which had commenced on 2 November 2015. Having considered the reports and testimony of Dr. Heather Ross and Dr. Judith Campbell and other matters of record, and as stated in open court, the court finds by a preponderance of the evidence that defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Defendant is committed to the custody of the Attorney General for hospitalization for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

This 3 February 2016.

_____
W. Earl Britt
Senior U.S. District Judge