United State District Court for the Eastern
District of North Carolina, Western
Division 4:13-CV-240-BR-1

Notice of Ineffective Assistance
of Counsel, NOTICE OF APPEAL
Competency hearing Dated 2nd Day of February 2016

FILED
FEB 05 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

Defendant Request Copy of All Transcripts
Defendant Request Copy of All orders, Judgments
Defendant Request Copy of All Filings By USA
Defendant Request Copy of All Filings of All Recs &
Vitness, To perfect his Appeal, Along With
A Copy of All Filings, Motion, Pleadings and Exhibits
Filed By defendant,

Defendant Appeal, DE-15, 25, 28, 30, 32, 40, 214
and 2nd day of February 2016, Commitment order,
18 USC 4241, 4242, 4247, Federal Bureau of
Prisons, F.M.C. St. Louis, Moraville, F.M.C. Lexington ky
F.M.C. [illegible] and F.M.C. Butner, N.C., Notice of Appeal
2nd February 2016 Competency hearing, and All Appeal
Taken during hearing, Notice of Appeal DE 15
Detention Order and De 117, Re-Assignment order

Whirefor the Defendant has him By Giving Notice's
of Appeal to C.A 4, and For the Appointment of
Appellate Public Defender. __ 2-2-16

Certificate of Service Rule 4(c)
28 USC 1746 Placed in Prison, Mail System 2-2-16, Enter
A. Onslow, 310 New Bern Ave, [illegible] N.C. 27035.1-

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

2-16 2-16

84944083