US DC ED NC WD
5:14-CR-240-BR-1

US
V
Davis

Motion For Withdraw of Counsel
Notice of Fraud On the Court
F.R.Crim.P. Rule 33, New Trial
F.R.Crim.P. Rule 38,

Counsel For the defendant, perpetrated Fraud on Court, 2nd February 2016, Subordination of Perjury, In Concert, With A USA Ethan Ontjes, Collusion, With Dr Betsy Camphull, Fraudulent Concealment, Fraudulent on issues - Self Concealing Fraud on the Court, Inducing the Court to Reach the Wrong Decisions,

Fact, Defendant Was Never Evaluated By Dr Betsy Campbell, Report is Super Fraud, No Set or Factual Circumstances, Deliberately Introductory, Deliberate Misrepresentation, and False Testimony,

Fact, Dr Campbell, Hearsay, Cannot Be Valuable, "By Evidence", Under Any Set or Circumstance,

Fact, Vitrano, Campbell and Ontjes Fraud, Robt Mackin on the Court, There Was Never Any 18 USC 4241, 4247, grounds for 4247, Nothing Ever hereunto, as Falsely Provided By USA, Shoen or Vitrano, Defendant Forced to Represent himself, Court Without Remedy, and Substitute Counsel 18 USC 3006A,

Everything Presented is Itself, Fraud on Court,

Case 5:14-cr-00240-D  Document 320  Filed 04/25/16  Page 1 of 2

FILED
APR 25 2016

Fraudulently Fabrication
18 USC 4724 (d)

reply