UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-240-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WILLIAM SCOTT DAVIS, JR. ) | |
| ) | |

On 23 December 2015, the court denied all of defendant's *pro se* motions, with the exception of two motions for appointment of new counsel, DE ## 151, 214, because he is represented by counsel. (DE # 216.) Further, the court directed the Clerk to enter any future *pro se* motion on the docket and terminate it without further order of the court, other than a motion for appointment of new counsel. (Id.) Since that time, the court has found that defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense and committed him to the custody of the Attorney General for treatment. (DE # 267.) In the meantime, defendant has filed *pro se* multiple motions pertaining to the appointment of counsel, among other things, and requests for copies of various documents. Because defendant is represented by counsel and because the issue of appointment of new counsel will be preserved for further review, all pending *pro se* motions are DENIED except DE ## 151, 214. As for any future motion that defendant may file *pro se*, the Clerk is DIRECTED to enter the motion on the docket and terminate it without further order of the court. The Clerk need not respond to any copy request from defendant *pro*

*se*.

This 5 May 2016.

_____
W. Earl Britt
Senior U.S. District Judge