UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-240-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR. | ) | |
| | ) | |

On 29 August 2016, the parties appeared before the court for a videoconference hearing to determine defendant's competency upon the Warden of FMC-Butner's certification pursuant to 18 U.S.C. § 4241(e) that defendant is now able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. This order memorializes the court's rulings in open court. The competency hearing is CONTINUED until further order of this court pending resolution of defendant's appeal to the Fourth Circuit Court of Appeals from the court's order finding him incompetent to proceed to trial and committing him to the custody of the Attorney General for hospitalization. On defendant's unopposed motion, defendant shall remain hospitalized at FMC-Butner until 15 November 2016. Any delay occasioned by this continuance is excluded from speedy trial time calculation. See 18 U.S.C. § 3161(h)(1)(A), (C), (h)(4).

This 30 August 2016.

_____
W. Earl Britt
Senior U.S. District Judge