UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-240-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR. | ) | |

This matter is before the court on defendant's unopposed motion to extend the time he is in the custody of the Attorney General at FMC-Butner to permit defendant to receive cataract surgery on both of his eyes and post-operative care. For good cause shown, the motion is ALLOWED. Defendant shall remain in the custody of the Attorney General at FMC-Butner until medical staff at that institution certify that it is medically appropriate for defendant to return to the custody of the U.S. Marshals Service.

This 14 November 2016.

_____
W. Earl Britt
Senior U.S. District Judge