UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-240-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) ORDER |
| WILLIAM SCOTT DAVIS, JR. | ) |

This matter is before the court on the defendant's unopposed motion to continue the competency hearing or to permit the defendant to appear by videoconference. For good cause shown, the motion is ALLOWED. The hearing is CONTINUED to 5 June 2017. Because the Bureau of Prisons has placed defendant on a medical hold due to scheduled left eye surgery, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial. Any period of delay occasioned hereby shall be excluded from the speedy time calculation. 18 U.S.C. § 3161(h)(7)(A); see also id. § 3161(h)(1)(A), (h)(4).

This 26 April 2017.

_____
W. Earl Britt
Senior U.S. District Judge