US DC ED NC WD

USA

V                                            5:14-CR-240-BR-1

Davis                                        Fraudulent Concealment
                                             By USA

Motion To Compell Production of All information;
Fact: AUSA Barbara D Kosher &
Ethan A Ontjes: have All of Cory Police
Information and Documentation Pertaining
to the Defendent Familial and WCHS-CPS,
WC DA' office Fraudulently Concealed on
Information and Belief,

Fact Includins Wake County District Attorney
offices, Communication, Information, E-mails To ADA
Melanie A Shekita, From WCHS-CPS, WCPC officers,
WC GAL, Al Singer, Wendy Kirwan, Sydney batch,
Eric Chasse, Hal morass, Richard Crowthermel, US DOS Jeff Ford,
Tony Bell, WC pss sherica schisler, Elaine Hofrelt, Kristta Lewiss
WCHS-CPS Danille Doyle, Lisa Sellers, Jen moori, Alison thompson,
Pessay wallock, Rudger Askew, Elizabet A mortinve, Nancy
Berson : WCPC 07JA7105, 07JT705, KPG 08-CVD 1044,
Hamnton Va J&D R Court Joiuq 50-0100. Communication
All Information Emineting From with In 45 CFR
1355, 1356, 1357, 42 USC 601-670 et seq 42 USC 5101 et s
Out Bound to ADA shekita and In Bound From shekita,
USA Has Full Access to All Documents Since 2006-2017.

Fact: USA Has Access to All Records All Information Pertains to Defendant and Familial, In Possession of Sydney J Batch, Exculpatory Evidence, Ex parte Communication From Judges Bosman, Chasse, Fellerod, Reder, Egales, other Judges Pre Arrienment, Pre determined at Come of 07JA7087 02557205] In Re JD CoA 10-422 Including Ex park Communication of Batch with cuccis Directors warner Ludwig, John tanner, Atty Al Senser Rodger Askew, WC GAL Supervisor Wendy Kirwan, Atty Hal morress, Richard Crothermel Susan Vick Regional O'Rorkei not Limited to Batch Fraudulent Concealment of 42 USC 671 (a)(15)(D)(iii) Bronx NY Family Court Aggrieved Circumstance of michelle Jaworski Not Legally entitle to Be a Party to 07JA7087 02557205] In Re JD 10-422 NC COA. That Sydney Batch and not WCHS-CPS, or WC GAL, But Batch Produced the NY Bronx Family Court order Involentorily terminating Michelle Soy Jaworski Parental Right to J.J, Intentional without a Raised Seal, So that Batch Could Illegally Circumvent and Fraudulently Conceale & Illegally obtains Federal Funds In Violation of 42 USC 671 (a)(15)(D)(iii), WCHS-CPS Illegally obtains Title IV-E, Title IV-D, Reunification Funds For Jaworski Fraudulent Concealment By Chasse, Batch

Illegally Proceeding As T.P.R. Counsel for Jaworski, In Violation of Local WCFC Rules of 2007-2008-2009. New Counsel mandatory for All T.P.R., Sydney Batch illegally Proceeding As T.P.R. Counsel Fraudulently Concealing, No Legal Standing of Atty Batch; Jaworski illegally Added to illegal Removal Petition, In Violation of 5 USC 552a (i)(1), Fraudulent Concealment 5 USC 552a, illegal Disclosure of Davis Family Personal Identifiers, that illegally Revealed the Identity of Jaworski on 10-1-07,

Batch Extrinc Fraud on Court, 10-9-07, illegal Amending of illegal Petition, "That Identy of Jaworski was not Known At time of C.P.P., melanca Shekita, 18 USC 1201, of J.F.D on 10-2-07, Batch illegally A party to 07JA705, 07JT705, Fraud on COA In Re JD 10-422, Whistle Blowing Newly Discover Evidence of Shekita Being illegally Beneath and illegally Behind Every thing

Shekita illegally Deciding what happens to Davis Family Death and Destruction of J.F.D Life irreversable Horrific Harm Child ABUSE of JFD By evil Shekita

Fact USA Full Access to US DHHS ACF, US Social Security Administration, NC DHHS, Division of Child Family Services, Protective Service 45 CFR 1355, 1356, 1357, Information Documentation Relivant to the Defendant Defensce, and material evidence. For

. M.A.S, M.W.S S.B. Sevenier Incitment Provocations, Psychological Warfare Intended to Severly Harm J.F.D, MBD, J.E.D WSD Sr, and Defendant As to Allesation occurins out Side the Jurisdiction of the Stato of NC, Including out side the Jurisdiction of the USA, NO Jurisdiction In Europe Allesation misrepresention, Distortion, Reckless Disregard For the Truth False Cory Police Reports of michelle Scvose In Re Muriom Devis, michelle Scworski In Europe.

Conclusion

J.F.D Colleterd Damase Emotional, Physical Abuse By Shelkite, Violatins 8th 13th Amendral Right of J.F.D. NO Free to Return Home to her DAD and

Her Real mom Myriam B. Davis,

Facts, Shekita, Planned the Decoy, 18 USC 1201, Oct 2. 2007 of J.F.D, Smoke mirrow, Distraction, Fraudulent Concealment of Shekita, Illegal Search and Seizure of state evidence 07CRS571692, Shekita Cast in the Role of An Investigator, Illegally Snooping for Myriam B. Davis Legal status to J.F.D. By a Certificate of Birth At WCPSS, Shekita Acting outside Role of Advocate, Fraudulently Fabricating Evidence of civil child Neglect, Criminal Prosecution in disguise, outside Role of Advocate, But Cast in the Role of An Investigator Violating Defendant Family Privacy, and 5 USC 552a(i)(1), outside Scope of Her Employment, investigating where Abouts of michelle Jaworski Identity and Physical Location, illegally Via US DOS and US SSA Agents Tony Bell & martha Bishop.

False Pretext, 2007 child Neglect Report of Shekita, False Pretense of Savage Illegal Invasion of Defendants Family Privacy outside Scope, Powers, Authority and Employment of WCPSS, WCHSCPS, CPD, WC DA WCFC Judges, WC GAL Advocate, WC Atty Office, attn