UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-240-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR. | ) | |
| | ) | |

On even date herewith, the court held a hearing on defendant's motion for new counsel, which defendant, in open court, withdrew. During the hearing, the government moved to continue the trial from 27 November 2017 to 11 December 2017, and the court allowed the motion. Because counsel for the government and a victim have scheduling conflicts and because defendant consented to the motion, the court finds that the ends of justice served by this continuance outweigh the best interest of defendant and the public in a speedy trial. Accordingly, any delay occasioned by this continuance is excluded from speedy trial time calculation. 18 U.S.C. § 3161(h)(7)(A).

This 11 October 2017.

W. Earl Britt
Senior U.S. District Judge