UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-240-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| WILLIAM SCOTT DAVIS, JR. | ) |

Upon motion of the United States and for good cause shown, and consented to by defense counsel, it is hereby ORDERED that defendant's conditions of detention be modified to prohibit the defendant from any further attempted contact or correspondence with the alleged victims in this matter, Melanie Shekita, Michelle Savage, and Sydney Batch. This order shall remain in effect unless and until modified by order of this Court.

This 14 November 2017.

_____
W. Earl Britt
Senior U.S. District Judge