IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-240-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR. | ) | |

This matter is before the court upon motion of the United States of America to dismiss Counts One and Two of the Second Superseding Indictment. Upon consideration of the foregoing, it is hereby ORDERED that the government's motion is GRANTED. Counts One and Two of the Second Superseding Indictment are hereby DISMISSED WITHOUT PREJUDICE.

This 6 December 2017.

_____
W. Earl Britt
Senior U.S. District Judge