US DC ED NC WD  5:14-cr-240-BR

USA v Davis

Motion For order: That The USMS & FMC Butner Warden J.C. Holland, To Show Cause As To Why They Intentionaly Failed to Comply with DE 4135 Order of 1-14-17. ophthalmologist Requirment FOR certification Surgen As a 5 First contempt of court should not be needed.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-CR-240-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM SCOTT DAVIS, JR. | ) | |

motion For order to show cause why the USMS Deputy Adam, & Fmc warden J.C. Holland, Sean C. Vitrno, Ethen A cateles, Dr Krishna Lloyd Circumventing DE 4135 intentionally Not complying with medical certification From Dr Friozvi eve Surgen, & A Lumner Nerviodist Certificted.

This matter is before the court on defendant's motion for an order of further ophthalmic treatment. The court is informed the government has no objection to the motion. Defendant has previously been subjected to medical procedures and care for cataracts while in custody awaiting trial. Defendant's condition with respect to his eyesight is still problematic for him. For good cause shown, the motion is ALLOWED. The court DIRECTS U.S. Marshal Service to consult with the physicians at the BUTNER Federal Correctional Institution who had previously treated defendant to determine what additional treatment is available and recommended in regard to defendant's condition, and to report to the court as to what, if any, further treatment or procedures are available to improve defendant's eyesight.

This 7 August 2017.

**FILED**

DEC 0 6 2017

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____SM_____ DEP CLK

_____W. Earl Britt_____
Senior U.S. District Judge