UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-240-1BR

UNITED STATES OF AMERICA

V.             VERDICT

WILLIAM SCOTT DAVIS, JR.

As to Count Three of the Second Superseding Indictment, WE, THE JURY FIND the defendant:

_____ Not Guilty

__X__ Guilty

As to Count Four of the Second Superseding Indictment, WE, THE JURY FIND the defendant:

_____ Not Guilty

__X__ Guilty

As to Count Five of the Second Superseding Indictment, WE, THE JURY FIND the defendant:

_____ Not Guilty

__X__ Guilty

As to Count Six of the Second Superseding Indictment, WE, THE JURY FIND the defendant:

_____ Not Guilty

✗ Guilty

**FOREPERSON'S SIGNATURE**

12/13/2017
DATE

---

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.