UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-240-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM SCOTT DAVIS, JR. | ) | |
| | ) | |

This matter is before the court on defendant's *pro se* filings since 11 December 2017. Because defendant reengaged counsel, defendant's *pro se* motions are DENIED WITHOUT PREJUDICE.

This 13 December 2017.

_____
W. Earl Britt
Senior U.S. District Judge