UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-240-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WILLIAM SCOTT DAVIS, JR. ) | |
| ) | |

This matter is before the court on the *pro se* filings of defendant since 15 December 2017. Even though defendant is (again) represented by counsel, and despite numerous orders denying his motions, defendant continues to inundate the court almost daily with his filings, which are repetitive, nonsensical, and/or illegible. Because defendant is represented by counsel, all his recent *pro se* motions are DENIED. The Clerk is DIRECTED to maintain a file of any documents defendant submits to the court *pro se*, with the date received stamped on each document. Other than a notice of appeal, the Clerk need not file or enter any such document on the docket. The terms of this order shall remain in effect until this criminal case concludes, including any direct appeal from the judgment. Nothing in this order shall be deemed to preclude defense counsel from filing documents in the case in the regular course of his representation of defendant.

This 22 December 2017.

_____
W. Earl Britt
Senior U.S. District Judge