UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-240-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| WILLIAM SCOTT DAVIS, JR. | ) |
| | ) |

On 4 March 2022, the court addressed defendant's pending *pro se* motions. (DE # 1066.) Among other things, the court ordered that defendant's former attorneys, Sean Vitrano and Thomas Manning shall have 10 days to file any objection to the disclosure of their CJA summary payment vouchers to defendant. Neither attorney filed an objection. Accordingly, the Clerk is DIRECTED to mail copies of those vouchers to defendant with a copy of this order.

This 16 March 2022.

W. Earl Britt
Senior U.S. District Judge