IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-240-D

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| WILLIAM SCOTT DAVIS, JR., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

On August 4, 2022, pro se defendant William Scott Davis, Jr. ("Davis" or "defendant") filed a notice of appeal at the United States Court of Appeals for the Fourth Circuit. The Fourth Circuit Clerk of Court forwarded the notice to this "court for appropriate disposition." August 10, 2022, Letter (attached).

Davis is a well known frivolous litigator in this district. See [D.E. 1066]. The Fourth Circuit has not enjoined defendant "from initiating any action in [that] court except by filing a notice of appeal that has been certified by the district court as not frivolous or a motion for leave to file a petition for mandamus." In re: Arthur O. Armstrong, No. 03-293, CA-03-40 (4th Cir. Apr. 12, 2007). In light of the text order of June 6, 2022, at issue in the appeal and the information in the notice of appeal, this appeal is frivolous. The clerk is directed to file the Fourth Circuit's letter and defendant's proposed notice of appeal as an attachment to this order.

SO ORDERED. This 28 day of September, 2022.

JAMES C. DEVER III
United States District Judge