IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-240-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| WILLIAM SCOTT DAVIS, JR., ) | |
| ) | |
| Defendant. ) | |

On May 27, 2022, pro se defendant William Scott Davis, Jr. ("Davis" or "defendant") filed a motion requesting copies [D.E. 1087], a motion for relief pursuant to Rule 60 [D.E. 1088], a motion for relief pursuant to Rule 59 [D.E. 1089], a motion to vacate and set aside [D.E. 1090], and a motion under 29 U.S.C. § 2255 to vacate, set aside, or correct a sentence by a person in federal custody [D.E. 1091]. These motions were filed and docketed by the clerk in contravention of this court's orders of March 4, 2022 [D.E. 1066] and April 14, 2022 [D.E. 1080], which allowed the clerk to accept for filing a notice of appeal from those orders and a section 2255 motion on the proper form within 30 days of March 4, 2022. The clerk is to maintain any other documents submitted by defendant in a file, with the date received stamped on each document.

Accordingly, the motions [D.E. 1087, 1088, 1089, 1090, 1091] are STRICKEN from the docket. Defendant may file a single notice of appeal from this order. In all other respects, the filing restrictions set forth in the March 4, 2022 Order [D.E. 1066] remain in effect.

SO ORDERED. This the 14 day of October, 2022.

JAMES C. DEVER III
United States District Judge