UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Scott Davis Jr.**                               Docket No. 5:14-CR-240-1D

### Petition for Action on Supervised Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Scott Davis Jr., who, upon an earlier plea of guilty to Count 3, Cyberstalking, in violation of 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5), and Counts 4,5, and 6, Threatening Communications, in violation of 18 U.S.C. § 875(c), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on March 22, 2018, to the custody of the Bureau of Prisons for a total term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. William Scott Davis Jr. was released from custody on May 10, 2024, at which time the term of supervised release commenced in the Northern District of Georgia.

The case was reassigned to Your Honor on June 2, 2022.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

This case is currently being supervised by Senior U.S. Probation Officer Ashley Brimmer for the Northern District of Georgia. Senior U.S. Probation Officer Brimmer reports that the defendant is in full compliance with the conditions of his release to date. Senior U.S. Probation Officer Brimmer has requested that the additional standard conditions for credit restriction and financial disclosure be removed. Our office has no objections to this request.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified to remove the following additional standard conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-849-4536
Executed On: August 15, 2025

William Scott Davis Jr.
Docket No. 5:14-CR-240-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __18__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge