IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-240-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| WILLIAM SCOTT DAVIS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On September 9, 2026, pro se defendant William Scott Davis, Jr. ("Davis" or "defendant") moved under 28 U.S.C. § 2255 and § 1746 for relief. See [D.E. 1134, 1135, 1136]. Pursuant to this court's orders of March 4, 2022 [D.E. 1066] and April 14, 2022 [D.E. 1080], the clerk is not permitted to accept for filing any additional filing in this case, including additional motions for relief under 28 U.S.C. § 2255. Instead, the clerk is to maintain any other documents submitted by defendant in a file with the date received stamped on each document. The clerk is DIRECTED to follow these instructions as to the documents that Davis filed on September 9, 2026.

Defendant may file a single notice of appeal from this order. In all other respects, the filing restrictions set forth in the order dated March 4, 2022 [D.E. 1066] remain in effect.

SO ORDERED. This 11 day of September, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge