IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

FILED

SEP 25 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MM DEP CLK

UNITED STATES OF AMERICA, )
Plaintiff, )
)
v. ) Case No. 5:14-cr-00240-D-1
)
WILLIAM SCOTT DAVIS, JR., )
Defendant-Appellant, pro se. )

**NOTICE OF APPEAL FROM D.E. 1137**

Notice is hereby given that Defendant William Scott Davis, Jr., proceeding pro se, appeals to the United States Court of Appeals for the Fourth Circuit from the order entered September 11, 2026 at D.E. 1137 in United States v. Davis, No. 5:14-cr-00240-D-1.

To the extent permitted by governing appellate law, this Notice also preserves review of prior orders, directives, and enforcement actions that merge into, are incorporated in, or are effectuated through D.E. 1137. The issues preserved for appellate review will be fully presented and developed in the opening brief.

Dated: September 24, 2026

Respectfully submitted,

/s/ William Scott Davis, Jr.
William Scott Davis, Jr., pro se
25 Rivercrest Drive
Riverdale, Georgia 30274
Telephone: 470-352-6516
Email: WilliamScottDavisII1440@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2026, I served a true copy of this Notice of Appeal upon counsel of record for the United States by the method actually used for service. The service method and recipient address should be conformed to the service actually made before filing.

/s/ William Scott Davis, Jr.