# APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 09/25/26

✓ First NOA in Case
___ Subsequent NOA-same party
___ Subsequent NOA-new party
___ Subsequent NOA-cross appeal
___ Paper ROA ___ Paper Supp.
Vols: ______________
Other: ______________

**District:** Eastern District of North Carolina

**Division:** Western

**Caption:** USA v. William Scott Davis

**District Case No.:** 5:14CR-240-1D

**4CCA No(s). for any prior NOA:**

**4CCA Case Manager:**

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other ______________

**Confinement**-Criminal Case:
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address-**Criminal Case:

**District Judge:** James C. Dever, III

**Court Reporter** (list all):

**Coordinator**: Shelia Foell

**Fee Status:**

___ No fee required (USA appeal) ___ Appeal fees paid in full ✓ Fee not paid

**Criminal Cases:**
✓ District court granted & did not revoke CJA status (continues on appeal)
___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**
✓ Portions of record under seal
____ Entire record under seal
____ Party names under seal
____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**
___ Assembled electronic record transmitted
___ Additional sealed record emailed to 4cca-filing
___ Paper record or supplement shipped to 4CCA
___ No in-court hearings held
✓ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**
___ Assembled electronic record available if requested
___ Additional sealed record available if requested
___ Paper record or supplement available if requested
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: Shelia Foell Phone: 252-830-6009 Date: 10/14/26

01/2012